U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 10 2014

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:13-CR-158-A |
| | § | |
| CALEB DEASON | § | |

### ORDER

On December 26, 2013, defendant, Caleb Deason, filed a post-conviction motion for release pending sentencing. He asserted in his motion that after hearing evidence and argument the court can find by clear and convincing evidence that defendant is not likely to flee or pose a danger to the safety of any other person or the community if released. By order signed December 26, 2013, the court referred the motion to the Magistrate Judge for proposed findings and conclusions and a recommendation as to whether the court would be authorized pursuant to the authority of 18 U.S.C. § 3143(a) to order defendant's release from custody pending sentencing, and, if so, a recommendation as to the conditions that would appropriate for such release. The Magistrate Judge conducted a hearing on defendant's motion on December 31, 2013. On January 21, 2014, the Magistrate Judge issued his proposed findings and conclusions and his recommendation that defendant's motion for release pending sentencing be denied.

The Magistrate Judge gave the parties until February 4, 2014, to serve and file written objections to his proposed findings and conclusions and his recommendation.  No objection has been filed.

The court hereby ADOPTS the Magistrate Judge's proposed findings and conclusions and his recommendation that the motion be denied.  The court is unable to find by clear and convincing evidence that defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under §§ 3142(b) or (c).  Therefore,

The court ORDERS that such motion be, and is hereby, denied.

SIGNED February 10, 2014.

_____
JOHN McBRYDE
United States District Judge